UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD W. GATES III,<br><br>Defendant. | Crim. No. 17-201-2 (ABJ) |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through Special Counsel Robert S. Mueller, III, respectfully moves for leave to file under seal the attached response to defendant Gates's motion to modify his conditions of release, which was itself filed under seal with leave of the Court. *See* 12/14/2017 Minute Order. The government's response addresses factual information that appears only in the sealed version of Gates's motion and that has been redacted from the publicly docketed version of that motion, ECF#96. To preserve the confidentiality of that information, the government therefore requests that its response also be filed under seal, with a redacted version to be submitted on the public docket. A proposed order accompanies this motion.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: December 20, 2017       By:    /s/   Greg. D. Andres
Andrew Weissmann
Greg D. Andres (D.D.C. Bar No. 459221)
Kyle R. Freeny
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
*Attorneys for the United States of America*