# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

## DEFENDANT RICHARD W. GATES III'S MOTION TO MODIFY RELEASE CONDITIONS FOR LIMITED PURPOSES TO ATTEND NEW YEAR'S EVENTS

Richard W. Gates III, by and through counsel, hereby moves this Court for modification of his release conditions for limited purposes so that he may accompany his family to events for the New Year's holiday from Sunday, December 31, 2017 through Monday, January 1, 2018. The events are within the jurisdiction of the Eastern District of Virginia, less than 60 miles from Mr. Gates's residence. Mr. Gates requests a limited release to attend these events with his family before school resumes[1]. Mr. Gates notes that the Court denied a prior request to take a longer trip with his family to a city outside the state of Virginia for the New Year's holiday. Mr. Gates submits this request with the hope that it is palatable to the Court given that the events span two days instead of three and are within the Eastern of District Virginia, where Mr. Gates remains in home confinement.

If this Court permits this limited release from home confinement, Mr. Gates will promptly provide Pre-Trial Services with specific information about the events, including the times and locations. Mr. Gates will also continue to abide by all of his other release conditions, including reporting to Pre-Trial Services as well as maintaining his GPS monitor.

---

[1] *See* attached Exhibit 1 filed under seal for specific information about the events, including their exact locations.

The United States opposes this motion.

WHEREFORE, Mr. Gates hereby respectfully moves this Court to modify his release conditions for limited purposes as specified above.

        Respectfully submitted,
        _/s/Shanlon Wu_____
        Shanlon Wu
        D.C. Bar No. 422910
        Wu, Grohovsky & Whipple, PLLC
        Ronald Reagan Building and International Trade Center
        1300 Pennsylvania Avenue, NW, Suite 700
        Washington, DC 20004
        swu@dcwhitecollar.com
        202-204-3053 (Telephone)
        202-747-7518 (Facsimile)

        Walter Mack
        Admitted Pro Hac Vice
        Doar Rieck Kaley & Mack
        217 Broadway, Suite 707
        New York, NY 10007-2911
        212-619-3730 (Telephone)
        212-962-5037 (Facsimile)

        Annemarie McAvoy
        Admitted Pro Hac Vice
        McAvoy Consulting, LLC
        mcavoypc@rocketmail.com
        917-750-8131 (Telephone)

        *Attorneys for Richard W. Gates III*