UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S MOTION TO MODIFY RELEASE
CONDITIONS FOR LIMITED PURPOSES
TO ATTEND CHILDREN'S SPORTING EVENTS**

Richard W. Gates III, by and through counsel, hereby moves this Court for modification of his release conditions for limited purposes so that he may attend and participate in his children's sporting events taking place this weekend. The first event is scheduled for Saturday, January 6, 2018, at a location about four (4) miles from Mr. Gates's residence. The second event is his other child's sporting event, which Mr. Gates also coaches. As previously explained to the Court, Mr. Gates volunteered to coach this team long before he was indicted and he has been coaching this team for five consecutive years. The event, scheduled for Saturday, January 6, 2018, is two and a half (2.5) miles from Mr. Gates's residence. The third event is for the same team on which his child plays and which Mr. Gates coaches, and is scheduled for Sunday, January 7, 2018, at the same location two and a half (2.5) miles from Mr. Gates's residence. Mr. Gates requests a limited release to attend these events[1]. Mr. Gates submits this motion to

---

[1] *See* attached Exhibit 1 filed under seal for specific information about the events, including their exact locations.

modify his release conditions for these weekend activities as his motion to modify bail conditions is pending before the Court.[2]

If this Court permits this limited release from home confinement, Mr. Gates will promptly provide Pre-Trial Services with specific information about the events, including the times and locations.  Mr. Gates will also continue to abide by all of his other release conditions, including reporting to Pre-Trial Services as well as maintaining his GPS monitor.

The position of the United States on this motion could not be ascertained.

WHEREFORE, Mr. Gates hereby respectfully moves this Court to modify his release conditions for limited purposes as specified above.

Respectfully submitted,

 /s/Shanlon Wu
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International
Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 (Telephone)
202-747-7518 (Facsimile)

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

---

[2] *See* ECF # 89-1 (sealed unredacted motion), 89-2 (sealed Exhibit 1 thereto), and 89-3 (Sealed Exhibit 2 thereto).  A public redacted version of the motion was filed on December 15, 2017.  *See* ECF # 96. The granting of Mr. Gates's motion to modify bail conditions would obviate the need for Mr. Gates to file a motion every time he wishes to leave his residence for purposes apart from the few that are expressly permitted under his current release conditions.

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)

*Attorneys for Richard W. Gates III*