**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

**DEFENDANT RICHARD W. GATES III'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO MOTION TO MODIFY RELEASE CONDITIONS FOR LIMITED PURPOSES TO ATTEND CHILDREN'S SPORTING EVENTS**

Richard W. Gates III, by and through counsel, hereby moves this Court for leave to file under seal Exhibit 1 to be included with his Motion to Modify Release Conditions for Limited Purposes to Attend Children's Sporting Events.  Mr. Gates contends that despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there is good cause and compelling reasons in this instance for the proposed attachment to not be publicly disclosed.  More specifically, Mr. Gates seeks leave to file under seal Exhibit 1 to his proposed motion.  The exhibit discloses the addresses of events the Defendant hopes to attend this weekend.  The proposed disclosure will sufficiently advise the public, but not create unwarranted risk to Mr. Gates regarding his location.  The Court has noted on more than one occasion that this case is subject to substantial publicity and media coverage, and the addresses of the events should be protected.

WHEREFORE, Mr. Gates hereby respectfully moves this Court for leave to file under seal Exhibit 1 to his Motion to Modify Release Conditions for Limited Purposes to Attend Children's Sporting Events.

                                  Respectfully submitted,

                                  _/s/Shanlon Wu_____
                                  Shanlon Wu
                                  D.C. Bar No. 422910
                                  Wu, Grohovsky & Whipple, PLLC
                                  Ronald Reagan Building and International Trade Center
                                  1300 Pennsylvania Avenue, NW, Suite 700
                                  Washington, DC 20004
                                  swu@dcwhitecollar.com
                                  202-204-3053 office
                                  202-747-7518 fax

                                  Walter Mack
                                  Admitted Pro Hac Vice
                                  Doar Rieck Kaley & Mack
                                  217 Broadway, Suite 707
                                  New York, NY 10007-2911
                                  212-619-3730 (Telephone)
                                  212-962-5037 (Facsimile)

                                  Annemarie McAvoy
                                  Admitted Pro Hac Vice
                                  McAvoy Consulting, LLC
                                  mcavoypc@rocketmail.com
                                  917-750-8131 (Telephone)

                                  *Attorneys for Richard W. Gates III*