UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | **FILED UNDER SEAL** |

**DEFENDANT RICHARD W. GATES III'S MOTION FOR LEAVE TO FILE UNDER SEAL RESPONSE TO ORDER OF THE COURT**

Richard W. Gates III, by and through counsel, hereby moves this Court for leave to file under seal his Response to Order of the Court, ECF # 132 (Sealed). Mr. Gates contends that despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there is good cause and compelling reasons in this instance for the proposed attachments to not be publicly disclosed. Accordingly, Mr. Gates seeks leave to file this pleading under seal as well.

WHEREFORE, Mr. Gates hereby respectfully moves this Court for leave to file under seal his Motion for Leave to File Under Seal his Response to Order of the Court.

Respectfully submitted,

_/s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 (Telephone)
202-747-7518 (Facsimile)

2

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)

*Attorneys for Richard W. Gates III*