**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | |
| **RICHARD W. GATES III,** ) | Crim. No. 17-201-2 (ABJ) |
| ) | |
| **Defendant.** ) | |

**DEFENDANT RICHARD W. GATES III'S MOTION TO MODIFY RELEASE**
**CONDITIONS FOR LIMITED PURPOSES**
**TO ATTEND CHILDREN'S SPORTING EVENTS**

Richard W. Gates III, by and through counsel, hereby moves this Court for modification of his release conditions for limited purposes so that he may attend and participate in his children's sporting events taking place this weekend. The first event is scheduled for Friday, January 12, 2018, at a location about one (1) mile from Mr. Gates's residence. The second sporting event for his other child is scheduled for Saturday, January 13, 2018 about four (4) miles from Mr. Gates's residence. The third event, scheduled for Sunday, January 14, 2018 is about six (6) miles from Mr. Gates's residence. As previously explained to the Court, Mr. Gates volunteered to coach his son's team long before he was indicted and he has been coaching this team for five consecutive years. Mr. Gates requests a limited release to attend these events[1]. Mr. Gates submits this motion to modify his release conditions for these weekend activities as his motion to modify bail conditions is pending before the Court.[2]

---

[1] *See* attached Exhibit 1 filed under seal for specific information about the events, including their exact locations and time.

[2] *See* ECF # 89-1 (sealed unredacted motion), 89-2 (sealed Exhibit 1 thereto), and 89-3 (Sealed Exhibit 2 thereto). A public redacted version of the motion was filed on December 15, 2017. *See* ECF # 96. Mr. Gates and others are working expeditiously to meet the documentation requirements set forth in the Court's January 4, 2018, Order, ECF # 132, but given the number of entities and steps involved to pledge assets, and timing issues not within Mr. Gates's control, it is

If this Court permits this limited release from home confinement, Mr. Gates will promptly provide Pre-Trial Services with specific information about the events, including the times and locations. Mr. Gates will also continue to abide by all of his other release conditions, including reporting to Pre-Trial Services as well as maintaining his GPS monitor.

The government takes no position on the motion.

WHEREFORE, Mr. Gates hereby respectfully moves this Court to modify his release conditions for limited purposes as specified above.

                Respectfully submitted,

                _/s/Shanlon Wu_____
                Shanlon Wu
                D.C. Bar No. 422910
                Wu, Grohovsky & Whipple, PLLC
                Ronald Reagan Building and International Trade Center
                1300 Pennsylvania Avenue, NW, Suite 700
                Washington, DC 20004
                swu@dcwhitecollar.com
                202-204-3053 (Telephone)
                202-747-7518 (Facsimile)

                Walter Mack
                Admitted Pro Hac Vice
                Doar Rieck Kaley & Mack
                217 Broadway, Suite 707
                New York, NY 10007-2911
                212-619-3730 (Telephone)
                212-962-5037 (Facsimile)

---

unlikely that all documentation requirements will be met before this weekend. Mr. Gates is actively engaged in completing the steps necessary to execute and docket the necessary items required to comply with the Court's sealed order of January 4, 2018. However, the particular steps involve several federal and state agencies, and individuals in jurisdictions outside of Washington, DC, which will take several days to complete. Accordingly, out of an abundance of caution, Mr. Gates files the present motion while understanding that completion of the necessary paperwork in conjunction with the Court's potential granting of his request for reconsideration filed under seal today (ECF #137) would obviate the need for this motion and similar ones.

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)

*Attorneys for Richard W. Gates III*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of Defendant Richard W. Gates III's Motion to Modify Release Conditions for Limited Purposes to Attend Children's Sporting Events and finding good cause shown, it is this ___ day of January, 2018, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE