**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | **FILED UNDER SEAL** |

## NOTICE OF FILING

Defendant Richard W. Gates III, by and through counsel, respectfully advises the Court that with this filing, the necessary documents have been executed and docketed in this case as required by this Court's January 4, 2018 Order, ECF # 132 ("January 4 Order"), see January 4 Order at 3, ¶¶ B-E, a redacted public version of which was issued on January 9, 2018, ECF # 138. We submit that the attached documents complete the requirements set forth in the January 4 Order. See Exhibit 1 hereto. As such, pursuant to the January 4 Order, Mr. Gates respectfully requests the Court now issue the "separate order releasing defendant from the condition of permanent home confinement in Richmond, Virginia" and ordering the conditions set forth in the January 4 Order, with certain clarifications as described and contemplated in the Court's January 10, 2018, Minute Order. The original copies of the attached documentation have been signed by Mr. Gates and all other necessary parties, i.e., the specified pledgors and surety, as well as the relevant Clerk's Offices and Recorder of Deeds. Original copies of the attached documents were hand-delivered to and received by the Clerk of the U.S. District Court for the District of Columbia (D.C. Clerk) on Thursday, January 11, 2018. The attached documentation consists of the following:

1. Executed agreement to forfeit the real property owned by Richard W. Gates III and ▇▇▇▇ on ▇▇▇ Avenue, Richmond, VA 23226 and related documents, see Exhibit 1, Attachment A (originals submitted to D.C. Clerk);

2. Executed agreement to forfeit the real property owned by ▇▇▇▇ and ▇▇▇▇ on ▇▇▇▇, Prince George, VA 23875 and related documents, see Exhibit 1, Attachment B (originals submitted to D.C. Clerk);

3. Executed agreement to forfeit the real property owned by ▇▇ and ▇▇ ▇▇ on ▇▇▇▇, Midlothian, VA 23113, see Exhibit 1, Attachment C (originals submitted to D.C. Clerk);

4. Executed agreement to forfeit the Richard W. Gates III ▇▇▇▇▇▇, the ▇▇▇▇ accounts owned by Richard W. Gates III for ▇▇▇ ▇▇▇▇▇▇, the ▇▇▇ retirement and non-retirement accounts in the names of Richard W. Gates III and ▇▇▇▇ the ▇▇▇ Individual Retirement Account in the name of Richard W. Gates III, and the ▇▇▇ investment account in the name of Richard W. Gates III and related documents, see Exhibit 1, Attachment D (originals submitted to D.C. Clerk);

5. Executed surety appearance bond executed by ▇▇▇▇, see Exhibit 1, Attachment E (originals submitted to D.C. Clerk);

6. General account information referencing early and non-qualified withdrawals for Mr. Gates's ▇▇▇ retirement account, see Exhibit 1, Attachment F;

7. General account information referencing early and non-qualified withdrawals for Mr. Gates's ▇▇ accounts, see Exhibit 1, Attachment G;

8. Terms and conditions for Mr. Gates's ▮▮▮▮▮ brokerage account, see Exhibit 1, Attachment H;

9. Prospectus for Mr. Gates's ▮▮▮ Fund account, see Exhibit 1, Attachment I; and

10. General account information for Mr. Gates's ▮▮▮ retirement account, see Exhibit 1, Attachment J

Given that the necessary documentation has been executed and docketed in this case, Mr. Gates respectfully submits that the Court should now issue its order releasing him from home confinement under 18 U.S.C. § 3142(c) pursuant to its January 4 Order.

Respectfully submitted,

 /s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)
*Attorneys for Richard W. Gates III*