UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD W. GATES III.<br><br>Defendant. | Crim. Action No. 17-0201-2 (ABJ) |

## ORDER

Defendant Gates has complied with this Court's Order dated January 4, 2018 [Dkt. ## 132, 138], and he has docketed the materials necessary to satisfy the requirements imposed pursuant to the Bail Reform Act, 18 U.S.C. § 3142(c)(1)(B)(xi) and (xii) that: 1) he and the co-owners and adult beneficiaries of the assets pledged to secure the $5,000,000.00 appearance bond execute agreements to forfeit those assets upon his failure to appear for any court proceeding or failure to surrender to serve any sentence if convicted; and 2) that the individual identified as a surety executes an agreement to serve as a surety and forfeit up to $5,000,000.00 if defendant fails to appear.

Therefore, pursuant to 18 U.S.C. § 3142(c), the Court's January 4, 2018 Order, and the minute order dated January 10, 2018, the condition of home confinement is hereby vacated, and defendant is released subject to the following conditions:

1. Defendant must reside at the Virginia Avenue house in Richmond, Virginia.

2. Defendant must abide by a curfew of 11:00 p.m. until 7:00 a.m.

3. Defendant must remain within the geographic area of Richmond, Virginia, which includes the City of Richmond and Henrico, Hanover, and Chesterfield Counties.  If defendant's parents or in-laws do not reside within those counties, he may travel to their homes without seeking Court permission as long as he provides advance notice to the Pretrial Services Agency.  Overnight stays would require Court approval.

4. Defendant may travel to and from the District of Columbia for court appearances and for meetings with counsel without seeking permission in advance from the Court, provided that he informs Pretrial Services of the dates of any travel and supplies the agency with his detailed itinerary two business days before any trip.  During such trips, defendant may also, upon at least 24 hours' notice to the Pretrial Services Agency, attend business meetings or other appointments within the District of Columbia. Overnight stays in the District of Columbia area during one of these trips are permitted without Court approval as long as the conditions set forth in this paragraph are satisfied.

5. Defendant must obtain permission of the Court for any other domestic travel, including travel to the District of Columbia for any other purpose.  Any motion seeking permission must be filed one week before the proposed trip and must explain why any proposed meeting cannot take place in Richmond or through the use of phone or internet.

6. Defendant may not leave the United States, and he may not apply for any additional passports or visas.

7. Defendant's wife shall surrender any and all current passports to the Pretrial Services Agency.

8. Defendant must stay away from transportation facilities, including airports, train stations, bus stations, and private airports, other than for trips described in paragraphs 4 and 5.

9. Defendant's compliance with these conditions will be subject to electronic GPS monitoring.

10. Defendant must report in person once a week to the Pretrial Services Agency.

11. Defendant and owners of pledged property may not transfer or further encumber any of the properties, and they must remain current on mortgage and real estate tax payments.

**SO ORDERED**.

_____
AMY BERMAN JACKSON
United States District Judge

DATE:  January 16, 2018