```
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA


    United States of America,      ) Criminal
                                   ) No. 17-201
                Plaintiff,         )
                                   ) Status Conference
    vs.                            )
                                   ) Washington, DC
    RICHARD W. GATES, III,         ) January 16, 2018
                                   ) Time:  2:00 p.m.
                Defendant.         )
                                   )
   _____

              TRANSCRIPT OF STATUS CONFERENCE
                       HELD BEFORE
          THE HONORABLE JUDGE AMY BERMAN JACKSON
                UNITED STATES DISTRICT JUDGE
   _____

                   A P P E A R A N C E S

   FOR THE PLAINTIFF:      GREG D. ANDRES
                           U.S. Department of Justice
                           Special Counsel's Office
                           950 Pennsylvania Avenue NW
                           Washington, D.C.  20530
                           202-514-1746


   FOR DEFENDANT GATES:    SHANLON WU
                           Wu, Grohovsky & Whipple
                           1300 Pennsylvania Avenue, NW
                           Suite 700
                           Washington, DC 20004
                           (202) 204-3053
                           Email: Swu@dcwhitecollar.com
                           Walter Mack
                           DOAR RIECK DeVITA KALEY & MACK
                           217 Broadway
                           Suite 707
                           New York, NY 10005
                           (212) 619-3730
                           Email: Wmack@doarlaw.com


   ALSO PRESENT:           Shay Holman, Pretrial Officer
```

```
 1   Court Reporter:         Janice E. Dickman, RMR, CRR
                             Official Court Reporter
 2                           United States Courthouse, Room 6523
                             333 Constitution Avenue, NW
 3                           Washington, DC  20001
```

1    THE COURTROOM DEPUTY: Your Honor, recalling
2 criminal case number 17-201-2, the United States of America
3 v. Richard W. Gates, III. Mr. Gates is present in the
4 courtroom, Your Honor. The pretrial services agency officer
5 present for these proceedings is Miss Holman. Representing
6 the government we have Mr. Andres and representing Mr. Gates
7 we have both Mr. Wu and Mr. Mack.
8    THE COURT: All right. We're just here for a very
9 brief matter. I have now entered the order granting and
10 denying in part Mr. Gates's pending motion to modify his
11 conditions of release. And he will be released from home
12 confinement subject to having posted security and having a
13 surety step forward and pledging his assets, and subject to
14 a series of conditions that are going to be set out in
15 today's order.
16    To be released on those conditions he has to sign
17 a slip from the pretrial services agency indicating that he
18 understands those conditions and agrees to abide by them and
19 he understands the consequences of failing to abide by them,
20 which means you could possibly be brought back and I'll be
21 asked to revoke the release that I gave you. But that's the
22 only reason we're here. And so, I think we can move forward
23 because my order has already been docketed, but we just need
24 Mr. Gates's signature.
25    MR. WU: Your Honor, there's a clarification.

1          THE COURT: Yes.
2          MR. WU: In paragraph 3, when we refer to the
3  geographic area of Richmond, Virginia and then we give some
4  counties as examples, one of the counties which is not
5  enumerated is Goochland, which touches the Richmond County,
6  as well as the Chesterfield County. Some of the sports
7  facilities are there. And normally that's something we
8  would just take up with pretrial services, but if the Court
9  prefers, we can move to make an amendment to that, if Your
10 Honor wants all of the particular names of counties
11 enumerated. Like within the courthouse, for the Richmond
12 Federal Courthouse, that's one of the counties that's
13 included for the courthouse.
14         THE COURT: That's not what they told me.
15         MR. WU: Oh, that's not?
16         THE COURT: I specifically called and said, What
17 does it mean to you, in Richmond, if you say the geographic
18 area of Richmond, Virginia? And they gave me those
19 counties. If there's another county that is included in
20 that, I'm happy to include it within that.
21         MR. WU: Okay.
22         THE COURT: What is difficult for pretrial
23 services is adopting a new, just-for-this-case set of
24 boundaries.
25         MR. WU: Yes, I understand.

1           THE COURT:  And so I could do the entire Eastern
2    District of Virginia, but that extends from Alexandria down
3    to Richmond and that didn't really seem to accomplish
4    anything.
5           MR. WU:  Correct.
6           THE COURT:  So I thought I did what that Court
7    always does.  So if it turns out -- and I also asked are the
8    athletic events he's been going to within those counties? and
9    they said yes.  So, and I put all that in writing --
10          MR. WU:  Yes, I understand.
11          THE COURT:  -- before today.
12          MR. WU:  Let us run it down, Your Honor.  If there
13   appears to be an issue, we'll figure it out.
14          THE COURT:  The inability to come to closure on
15   this is frustrating.
16          MR. WU:  Yes.
17          THE COURT:  And --
18          MR. WU:  That's fine.  And we'll run it down and
19   if there's something that needs to be bought to your
20   attention, we'll do so.
21          THE COURT:  Okay.  As far as I'm concerned, I
22   don't need a weekly motion with Mr. Gates's activities
23   because Mr. Gates is permitted to come and go within the
24   geographic area of Richmond on his own behest now.
25          MR. WU:  Yes, Your Honor.

```
 1                THE COURT:  All right.
 2                THE COURTROOM DEPUTY:  Mr. Gates, would you rise
 3     and please raise your right hand, sir.
 4                Do you solemnly affirm and truly declare that you
 5     will follow the conditions of your release as set forth by
 6     the Court, and this you do under the pain and penalty of
 7     perjury.
 8                THE DEFENDANT:  I do.
 9                THE COURT:  All right.  Now you can go back to
10     Richmond.  Thank you very much.
11                MR. ANDRES:  Thank you, Judge.
12                              *   *   *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE OF OFFICIAL COURT REPORTER

    I, JANICE DICKMAN, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenograph notes and is a full, true and complete transcript of the proceedings to the best of my ability.

    Dated this 23rd day of January, 2018.

/s/_____

Janice E. Dickman, CRR, RMR
Official Court Reporter
Room 6523
333 Constitution Avenue NW
Washington, D.C. 20001