**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 44.5(d), undersigned counsel hereby move to withdraw as counsel of record in this case effective immediately for the reasons set forth in Exhibit 1 which is the subject of a motion to be filed under seal.

Respectfully submitted,

 /s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)

*Attorneys for Richard W. Gates III*