**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **RICHARD W. GATES III,** ) | **Crim. No. 17-201-2 (ABJ)** |
| ) | |
| **Defendant.** ) | **FILED UNDER SEAL** |

**MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD**

Undersigned counsel hereby moves this Court for leave to file under seal Exhibit 1 to be included with undersigned counsel's Motion for Leave to Withdraw as Counsel of Record. Undersigned counsel contends that despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there is good cause and compelling reasons in this instance for the proposed attachment to not be publicly disclosed. More specifically, undersigned counsel seeks leave to file under seal Exhibit 1 to their proposed motion. The exhibit discloses private information regarding Mr. Gates. The Court has noted on more than one occasion that this case is subject to substantial publicity and media coverage. This exhibit involves highly sensitive matters concerning the Defendant and public disclosure of the information would potentially be prejudicial to the Defendant as well as embarrassing.

WHEREFORE, undersigned counsel hereby respectfully moves this Court for leave to file under seal Exhibit 1 to undersigned counsel's Motion for Leave to Withdraw as Counsel of Record.

Respectfully submitted,

 /s/Shanlon Wu
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International
Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)

*Attorneys for Richard W. Gates III*