Exhibit 1
**FILED UNDER SEAL**

As a basis for counsel's motion to withdraw as counsel of record, undersigned counsel wish to inform the Court that irreconcilable differences have developed with the client which make our effective representation of the client impossible. Counsel is constrained by attorney-client privilege as to the specifics involved but understand that the Court may wish to inquire more specifically of counsel for the basis of this motion. Counsel will make themselves available to the Court for such inquiry in whatever forum the Court deems appropriate.

Respectfully submitted,

_/s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)

*Attorneys for Richard W. Gates III*