UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO UNSEAL TRANSCRIPTS FOR COUNSEL'S REFERENCE

Undersigned counsel hereby moves this Court to unseal the redacted portion of the transcript of the January 16, 2018 status conference and the sealed transcript of the non-public hearing on counsel's motion to withdraw that was held on February 7, 2018, for undersigned counsel's reference. Undersigned counsel took part in the sealed bench discussion that is redacted in the transcript of the January 16, 2018 status conference and in the non-public hearing on their motion to withdraw on February 7, 2018. As such, counsel moves this Court to allow the court reporter to provide unredacted transcripts of both the January 16, 2018, status conference and the February 7, 2018, hearing to counsel for review. This motion does not move this Court to unseal these transcripts for the general public.

WHEREFORE, undersigned counsel hereby respectfully moves this Court to unseal the above-described January 16, 2018 and February 7, 2018, transcripts for undersigned counsel's reference.

Respectfully submitted,

_/s/Shanlon Wu_____
Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 office
202-747-7518 fax

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

Annemarie McAvoy
Admitted Pro Hac Vice
McAvoy Consulting, LLC
mcavoypc@rocketmail.com
917-750-8131 (Telephone)

*Attorneys for Richard W. Gates III*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **RICHARD W. GATES III,** ) | **Crim. No. 17-201-2 (ABJ)** |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of Defendant Richard W. Gates III's Motion to Unseal Transcripts for Counsel's Reference and finding good cause shown, it is this ___ day of February, 2018, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE