UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Leave to file GRANTED 2/13/18 |
| | ) | Amy B. Jackson    Date |
| | ) | United States District Judge |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

### DEFENDANT RICHARD W. GATES III'S MOTION FOR LEAVE TO FILE UNDER SEAL POSITION OF DEFENDANT RICHARD W. GATES ON PENDING MOTION TO WITHDRAW

Richard W. Gates III, proceeding *pro se*, hereby moves this Court for leave to file under seal this statement. Mr. Gates contends that despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there is good cause and compelling reasons in this for the statement to not be publicly disclosed. The statement demonstrates that Mr. Gates is proceeding *pro se*, and discusses what will almost certainly be a sealed hearing on the status of his representation. The Court has noted on more than one occasion that this case is subject to substantial publicity and media coverage, and these issues should be protected.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Leave to file GRANTED<br>_/s/ Amy B. Jackson_  2/13/18<br>Amy B. Jackson         Date<br>United States District Judge<br><br>File Under Seal |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

**Position Of Defendant Richard W. Gates III On Pending Motion To Withdraw**

Defendant Richard W. Gates, proceeding *pro se*, informs the Court that he requests that consideration by the Court of the pending motion to withdraw be deferred until a week from tomorrow, Wednesday, February 21, 2017.

Respectfully submitted,

/s/ Richard W. Gates
Richard W. Gates
*Pro Se*

206 Virginia Avenue
Richmond, VA 23226