UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file GRANTED

*/s/ Amy B. Jackson*  2/13/18
Amy B. Jackson            Date
United States District Judge

File Under Seal

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

**Position Of Defendant Richard W. Gates III On Pending Motion To Withdraw**

Defendant Richard W. Gates, proceeding *pro se*, informs the Court that he requests that consideration by the Court of the pending motion to withdraw be deferred until a week from tomorrow, Wednesday, February 21, 2017.

Respectfully submitted,

*/s/ Richard W. Gates*
Richard W. Gates
*Pro Se*

206 Virginia Avenue
Richmond, VA 23226