# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PAUL J. MANAFORT, JR. and RICHARD W. GATES III,**<br><br>Defendants. | Crim. No. 17-201 (ABJ) |

## ORDER

Upon consideration of the government's motion for permission to obtain sealed portions of the February 14, 2018, transcript, it is hereby

ORDERED that the government's motion is GRANTED; and

IT IS FURTHER ORDERED that the court reporter may provide the government with a copy of the February 14, 2018, transcript, with the exception of portions of the transcript of the hearing related to the Motion to Withdraw as Counsel for Defendant Gates to which government counsel was not a party.

Date: February \_\_\_\_, 2018

_____
Hon. Amy Berman Jackson
United States District Judge