UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 17-201 (ABJ) |
| PAUL J. MANAFORT, JR., and RICHARD W. GATES III, | |
| Defendants. | |

STATUS REPORT

The United States of America, by and through Special Counsel Robert S. Mueller, III, respectfully submits this status report to apprise the Court of a recent development related to this matter.

1.    On Thursday, February 22, 2018, a grand jury sitting in the Eastern District of Virginia, filed a 32-count indictment charging defendants Paul J. Manafort, Jr., and Richard W. Gates III as follows:

| Count | Charge | Defendant |
|---|---|---|
| 1 | Subscribing to False United States Individual Income Tax Returns (2010) (26 U.S.C. § 7206(1); 18 U.S.C. § 2) | Manafort |
| 2 | Subscribing to False United States Individual Income Tax Returns (2011) (26 U.S.C. § 7206(1); 18 U.S.C. § 2) | Manafort |
| 3 | Subscribing to False United States Individual Income Tax Returns (2012) (26 U.S.C. § 7206(1); 18 U.S.C. § 2) | Manafort |
| 4 | Subscribing to False United States Individual Income Tax Returns (2013) (26 U.S.C. § 7206(1); 18 U.S.C. § 2) | Manafort |
| 5 | Subscribing to False United States Individual Income Tax Returns (2014) (26 U.S.C. § 7206(1); 18 U.S.C. § 2) | Manafort |

| Count | Charge | Defendant |
|-------|--------|-----------|
| 6 | Assisting in the Preparation of False United States Individual Income (2010) (26 U.S.C. § 7206(2)) | Gates |
| 7 | Assisting in the Preparation of False United States Individual Income (2011) (26 U.S.C. § 7206(2)) | Gates |
| 8 | Assisting in the Preparation of False United States Individual Income (2012) (26 U.S.C. § 7206(2)) | Gates |
| 9 | Assisting in the Preparation of False United States Individual Income (2013) (26 U.S.C. § 7206(2)) | Gates |
| 10 | Assisting in the Preparation of False United States Individual Income (2014) (26 U.S.C. § 7206(2)) | Gates |
| 11 | Failure To File Reports Of Foreign Bank And Financial Accounts (2011) (31 U.S.C. §§ 5314 and 5322(a); 18 U.S.C. § 2) | Manafort |
| 12 | Failure To File Reports Of Foreign Bank And Financial Accounts (2012) (31 U.S.C. §§ 5314 and 5322(a); 18 U.S.C. § 2) | Manafort |
| 13 | Failure To File Reports Of Foreign Bank And Financial Accounts (2013) (31 U.S.C. §§ 5314 and 5322(a); 18 U.S.C. § 2) | Manafort |
| 14 | Failure To File Reports Of Foreign Bank And Financial Accounts (2014) (31 U.S.C. §§ 5314 and 5322(a); 18 U.S.C. § 2) | Manafort |
| 15 | Subscribing to False United States Individual Income Tax Returns (2010) (26 U.S.C. § 7206(1); 18 U.S.C. § 2) | Gates |
| 16 | Subscribing to False United States Individual Income Tax Returns (2011) (26 U.S.C. § 7206(1); 18 U.S.C. § 2) | Gates |
| 17 | Subscribing to False United States Individual Income Tax Returns (2012) (26 U.S.C. § 7206(1); 18 U.S.C. § 2) | Gates |
| 18 | Subscribing to False United States Individual Income Tax Returns (2013) (26 U.S.C. § 7206(1); 18 U.S.C. § 2) | Gates |
| 19 | Subscribing to False United States Individual Income Tax Returns | Gates |

| Count | Charge | Defendant |
|---|---|---|
|  | (2014) <br> (26 U.S.C. § 7206(1); 18 U.S.C. § 2) |  |
| 20 | Subscribing to a False Amended United States Individual Income Tax Return (2013) <br> (26 U.S.C. § 7206(1); 18 U.S.C. § 2) | Gates |
| 21 | Failure To File Reports Of Foreign Bank And Financial Accounts (2011) <br> (31 U.S.C. §§ 5314 and 5322(a); 18 U.S.C. § 2) | Gates |
| 22 | Failure To File Reports Of Foreign Bank And Financial Accounts (2012) <br> (31 U.S.C. §§ 5314 and 5322(a); 18 U.S.C. § 2) | Gates |
| 23 | Failure To File Reports Of Foreign Bank And Financial Accounts (2013) <br> (31 U.S.C. §§ 5314 and 5322(a); 18 U.S.C. § 2) | Gates |
| 24 | Bank Fraud Conspiracy (Lender B/$3.4 million loan) <br> (18 U.S.C. § 1349) | Manafort Gates |
| 25 | Bank Fraud (Lender B/$3.4 million loan) <br> (18 U.S.C. §§ 1344, 2) | Manafort Gates |
| 26 | Bank Fraud Conspiracy (Lender C / $1 million loan) <br> (18 U.S.C. § 1349) | Manafort Gates |
| 27 | Bank Fraud (Lender C / $1 million loan) <br> (18 U.S.C. § 1344, 2) | Manafort Gates |
| 28 | Bank Fraud Conspiracy (Lender B / $5.5 million loan) <br> (18 U.S.C. § 1349) | Manafort Gates |
| 29 | Bank Fraud Conspiracy (Lender D / $9.5 million loan <br> (18 U.S.C. § 1349) | Manafort Gates |
| 30 | Bank Fraud (Lender D / $9.5 million loan) <br> (18 U.S.C. §§ 1344, 2) | Manafort Gates |
| 31 | Bank Fraud Conspiracy (Lender D / $6.5 million loan) <br> (18 U.S.C. § 1349) | Manafort Gates |
| 32 | Bank Fraud (Lender D / $6.5 million loan) <br> (18 U.S.C. §§ 1344, 2) | Manafort Gates |

2. A copy of the indictment returned in the Eastern District of Virginia is attached (redacted to omit the signature of the foreperson).

3. The Special Counsel's Office proceeded before the Grand Jury in the Eastern District of Virginia because, based on our current evidence, venue for these charges does not exist in the District of Columbia. Prior to instituting this criminal action, the Special Counsel's Office met with defense counsel to go over the proof underlying the bank fraud charges (the tax charges

were already the subject of charges before this Court) and to provide counsel an opportunity to present any arguments as to why these charges should not be brought. The Special Counsel's Office also alerted defense counsel for each defendant that the government was prepared to bring all of the charges before a Grand Jury in the District of Columbia, if the defendants were willing to waive venue (since otherwise we could not do so legally). If venue had been waived, the defendants would have faced a single indictment in one district, and not two indictments in adjacent districts. One defendant elected, as is his right, not to waive venue. The Special Counsel's Office accordingly has proceeded in the Eastern District of Virginia.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: February 22, 2018            By:   /s/ Andrew Weissmann

Andrew Weissmann
Greg D. Andres (D.D.C. Bar No. 459221)
Kyle R. Freeny
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*