AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-201-2 (ABJ) |
| RICHARD W. GATES III, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard W. Gates III.

Date: 02/22/2018

/s/Thomas C. Green
*Attorney's signature*

Thomas C. Green, D.C. Bar #14498
*Printed name and bar number*

Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
*Address*

tcgreen@sidley.com
*E-mail address*

(202) 736-8069
*Telephone number*

(202) 736-8711
*FAX number*