UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD W. GATES III, ) | Crim. No. 17-201-2 (ABJ) |
| ) | |
| Defendant. ) | |

**DEFENDANT RICHARD W. GATES III'S POSITION ON PENDING MOTION TO WITHDRAW**

Richard W. Gates III, by and through counsel, hereby informs the Court that he does not oppose the MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD filed by Shanlon Wu, Walter Mack, and Annemarie McAvoy on February 1, 2018.

Respectfully submitted,

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*