UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file GRANTED

/s/ Amy B. Jackson  2/23/18
Amy B. Jackson          Date
United States District Judge

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD W. GATES III, | )  Crim. No. 17-201-2 (ABJ) |
| | ) |
| Defendant. | ) |

**DEFENDANT RICHARD W. GATES III'S MOTION FOR PERMISSION TO TRAVEL TO TAKE HIS CHILDREN ON SPRING BREAK**

Richard W. Gates III, proceeding *pro se*, hereby moves this Court for permission to travel to Boston, Massachusetts, so that he can take his children there for their spring break. Mr. Gates's children have a spring break from school the first week of March, and he hopes to take them to Boston, Massachusetts on March 2, 2018, and return to Richmond, Virginia, on March 8th, 2018. The purpose of the trip is for Mr. Gates to show his children around the Boston area to learn about American history in general, and the Revolutionary War in particular. This proposed trip of course cannot take place in Richmond, as it is intended to expose Mr. Gates's children to historical sites that can only be visited in Boston.[1] Mr. Gates requests limited permission to travel to Boston for these limited purposes.

If this Court grants this limited permission to travel, Mr. Gates will promptly provide Pre-Trial Services with specific information about the trip, including the manner and times of transportation; the location that Mr. Gates will be staying; and a list of sites that he plans to visit.

---

[1] *See* attached Exhibit 1 filed under seal for specific information about the trip's planned itinerary.

Mr. Gates will also continue to abide by all of his other release conditions, including reporting to Pre-Trial Services as well as maintaining his GPS monitor.

WHEREFORE, Mr. Gates hereby respectfully moves this Court to grant him permission to travel according to the limits specified above.

Respectfully submitted,

_____
Richard W. Gates III
*Pro Se*

206 Virginia Avenue
Richmond, VA 23226

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Leave for Permission to Travel for My Children for Spring Break was served by first-class mail, postage prepaid, on the 22nd day of February, 2018, upon:

Shanlon Wu
D.C. Bar No. 422910
Wu, Grohovsky & Whipple, PLLC
Ronald Reagan Building and International
Trade Center
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
swu@dcwhitecollar.com
202-204-3053 (Telephone)
202-747-7518 (Facsimile)

Walter Mack
Admitted Pro Hac Vice
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007-2911
212-619-3730 (Telephone)
212-962-5037 (Facsimile)

ROBERT S. MUELLER III
Special Counsel
Andrew Weissmann
Greg D. Andres (D.D.C. Bar No. 459221)
Kyle R. Freeny
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, DC 20530
Telephone: (202) 616-0800
Attorneys for the United States of America

**RECEIVED**

FEB 2 2 2018

Clerk, U.S. District and
Bankruptcy Courts

_____
Richard W. Gates III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant Richard W. Gates III's Motion for Permission to Travel to Boston, Massachusetts, for His Children's Spring Break, and finding good cause shown, it is this ___ day of February, 2018, hereby

ORDERED, that the motion is GRANTED.

AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE