UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Leave to file GRANTED

_____  2/23/18
Amy B. Jackson            Date
United States District Judge

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD W. GATES III, ) | Crim. No. 17-201-2 (ABJ) |
| ) | |
| Defendant. ) | FILED UNDER SEAL |

**DEFENDANT RICHARD W. GATES III'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO MOTION FOR PERMISSION TO TRAVEL TO BOSTON, MASSACHUSETTS, FOR HIS CHILDREN'S SPRING BREAK**

Richard W. Gates III, proceeding *pro se*, hereby moves this Court for leave to file under seal Exhibit 1. Mr. Gates contends that despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there are good cause and compelling reasons in this instance for Exhibit 1 to not be publicly disclosed. The exhibit discloses specifics about the trip that Mr. Gates hopes to take from March 2, 2018, through March 8, 2018. The proposed disclosure will sufficiently advise the public, but not create unwarranted risk to Mr. Gates regarding his location. The Court has noted on more than one occasion that this case is subject to substantial publicity and media coverage, and the addresses of the events should be protected. What is more, the Court has previously granted Mr. Gates leave to file under seal similar exhibits when making requests to modify his release conditions for limited purposes.

**RECEIVED**

FEB 22 2018

Clerk, U.S. District and
Bankruptcy Courts

WHEREFORE, Mr. Gates hereby respectfully moves this Court for leave to file under seal Exhibit 1 to his Motion for Permission to Travel to Boston, Massachusetts, for His Children's Spring Break. A draft order is attached.

    Respectfully submitted,

    _____
    Richard W. Gates III
    *Pro Se*

    206 Virginia Avenue
    Richmond, VA 23226