Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 17-cr-201-2 (ABJ) |
| ) | |
| RICHARD W. GATES III, ) | **FILED** |
| Defendant ) | FEB 2 3 2018 |
| ) | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## WAIVER OF INDICTMENT

I, _____RICHARD W. GATES III,_____, the above-named defendant, who is accused of violating 18 U.S.C. §§ 371 and 1001(a)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____2/23/18____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: 2/23/18
Hon. Amy Berman Jackson
United States District Judge