CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 17-CR-201-2   (ABJ)
)
)
RICHARD W. GATES, III )
)
)

**FILED**

**FEB 2 3 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**WAIVER OF TRIAL BY JURY**

With the consent of the ~~United States Attorney~~ *Special Counsel's Office* and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
~~Assistant United States attorney~~
*Senior Special Counsel*

Approved:

_____
United States District Judge
Amy Berman Jackson

Date: February 23, 2018