UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S MOTION FOR PERMISSION TO TRAVEL TO BOSTON, MASSACHUSETTS, FOR HIS CHILDREN'S SPRING BREAK**

Richard W. Gates III, by and through counsel, hereby moves this Court for permission to travel to Boston, Massachusetts.[1]  Mr. Gates hopes to take his children to Boston for their spring break, which is the week of March 5th.  Mr. Gates would travel with his children to Boston, Massachusetts, on March 2, 2018, and return to Richmond, Virginia, on March 8, 2018.

The purpose of the trip is for Mr. Gates to show his children around the Boston area to learn about American history in general, and the Revolutionary War in particular.  This proposed trip cannot take place in Richmond, because it is intended to expose Mr. Gates's children to historical sites that can only be visited in Boston.[2]  Mr. Gates requests limited permission to travel to Boston for these limited purposes.

If this Court grants this limited permission to travel, Mr. Gates will promptly provide Pretrial Services with specific information about the trip, including more details about the

---

[1] Mr. Gates originally filed this motion *pro se*.  *See* Dkt. 193.  However, the Court requested that the motion be refiled by and through counsel.  Mr. Gates's original motion was timely per the Court's requirement that any motion seeking permission to travel must be filed one week before the proposed trip.

[2] *See* attached Exhibit 1 filed under seal for specific information about the trip's planned itinerary.

manner and times of transportation; the locations that Mr. Gates will be staying; and a list of sites that he plans to visit.  Mr. Gates will also continue to abide by all of his other release conditions, including reporting to Pretrial Services.

The government does not oppose Mr. Gates's request to travel subject to any requirements set forth by Pretrial Services.

WHEREFORE, Mr. Gates hereby respectfully moves this Court to grant him permission to travel according to the limits specified above.

Respectfully submitted,

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*