UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S AMENDED MOTION TO MODIFY THE COURT'S PREVIOUS ORDER GRANTING HIM PERMISSION TO TRAVEL**

Defendant, by and through counsel, hereby requests that the Court modify its previously entered Order allowing him to travel to Boston, Massachusetts, for the following reasons.

After entry of the Court's Order, Boston newspapers published stories that Mr. Gates and his family would be visiting Boston. Publication of that fact generated comments on the internet, some of which were of a threatening character.[1] As a result, Mr. Gates and his wife believe it is not prudent to travel to Boston with their children. Mr. Gates seeks approval from the Court to change his itinerary in accordance with the new and complete itinerary which is attached to this motion as Exhibit 1.

If this Court grants this limited permission to travel, Mr. Gates will promptly provide Pretrial Services with specific information about the trip. Mr. Gates will also continue to abide by all of his other release conditions, including reporting to Pretrial Services.

The government does not oppose Mr. Gates's request to travel subject to any requirements set forth by Pretrial Services.

---

[1] *See* Brian J. White, "Following guilty plea in Mueller probe, Rick Gates plans to visit Boston," (Feb. 26, 2018), *published at* https://www.bostonglobe.com/news/politics/2018/02/26/following-guilty-plea-mueller-probe-rick-gates-plans-visit-boston/cN5oVRishOAND4dxpBwxNL/story.html#comments (accessed Feb. 28, 2018).

1

2

WHEREFORE, Mr. Gates hereby respectfully moves this Court to grant him permission to travel according to the limits specified above.

Respectfully submitted,

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*