UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

**DEFENDANT RICHARD W. GATES III'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO HIS AMENDED MOTION TO MODIFY THE COURT'S PREVIOUS ORDER GRANTING HIM PERMISSION TO TRAVEL**

Richard W. Gates III, by and through counsel, hereby moves this Court for leave to file under seal Exhibit 1 to his Amended Motion to Modify the Court's Previous Order Granting Him Permission to Travel. Despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there are compelling reasons and good cause in this instance why Exhibit 1 should not be publicly disclosed. Exhibit 1 includes specific details about a trip that Mr. Gates hopes to take. It is necessary that Exhibit 1 be filed under seal in order to protect Mr. Gates and his children from unwarranted media attention or risks. The Court has noted on more than one occasion that this case is subject to substantial publicity and media coverage, and that the addresses of the events should be protected.

1

WHEREFORE, Mr. Gates hereby respectfully moves this Court for leave to file under seal Exhibit 1 to his Amended Motion to Modify the Court's Previous Order Granting Him Permission to Travel. A draft order is attached.

                    Respectfully submitted,

                    */s/Thomas C. Green*
                    Thomas C. Green
                    D.C. Bar No. 14498
                    Sidley Austin LLP
                    1501 K Street, N.W.
                    Washington, DC 20005
                    tcgreen@sidley.com
                    (202) 736-8069 (telephone)
                    (202) 736-8711 (fax)

                    *Attorney for Richard W. Gates III*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant Richard W. Gates III's Motion for Leave to File Under Seal Exhibit 1 to his Amended Motion to Modify the Court's Previous Order Granting Him Permission to Travel, and finding good cause shown, it is this ___ day of March, 2018, hereby ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE