UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE NOTICE OF OBJECTIONS**

Richard W. Gates III, by and through counsel, respectfully requests an enlargement of time in which to file notice of objections to the government's motion to unseal transcripts, which is currently due by March 9, 2018.  Mr. Gates asks the Court to extend the time to file until five days after he has obtained the transcripts at issue, or other such time as the Court deems appropriate.  The Special Counsel does not oppose this motion.

Undersigned counsel for Mr. Gates was not counsel of record on January 16, 2018, or February 14, 2018, and does not have and has not reviewed the transcripts the government has moved to unseal.  Accordingly, the reason for the requested brief extension is to provide time for defendant to obtain the transcripts from these dates in order to make an informed determination, based on a review of the transcripts, regarding whether to file notice of objections to unsealing. There is good cause shown to grant Mr. Gates' requested enlargement of time to permit his review of certain transcripts.  A proposed order is enclosed.  Mr. Gates will file separately a motion requesting the transcripts identified in the government's motion.

For the foregoing reasons, Mr. Gates, through undersigned counsel, respectfully requests that he be granted an enlargement of time until five days after defendant is in receipt of the transcripts, or other such time as the Court deems appropriate, in order to provide time for him to

review the transcripts and file any objections he may have to the government's motion to unseal certain transcripts.

                                      Respectfully submitted,

                                      */s/Thomas C. Green*
                                      Thomas C. Green
                                      D.C. Bar No. 14498
                                      Sidley Austin LLP
                                      1501 K Street, N.W.
                                      Washington, DC 20005
                                      tcgreen@sidley.com
                                      (202) 736-8069 (telephone)
                                      (202) 736-8711 (fax)

                                      *Attorney for Richard W. Gates III*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD W. GATES III, ) | Crim. No. 17-201-2 (ABJ) |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion For Enlargement of Time to File Notice of Objections, and finding good cause shown, it is this ___ day of March, 2018, hereby

ORDERED, that the motion is GRANTED; and it is

FURTHER ORDERED that Defendant shall file notice of any objections to the government's motion to unseal certain transcripts no later than ___ days after it is in receipt of such transcripts.

SO ORDERED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE