# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | **Crim. No. 17-201-2 (ABJ)** |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION TO OBTAIN TRANSCRIPTS

Richard W. Gates III, by and through counsel, respectfully requests this Court's approval to obtain certain transcripts.  The Special Counsel does not oppose this motion.

Undersigned counsel for Mr. Gates became counsel of record on February 22, 2018.  He does not have and has not reviewed the transcripts the government has moved to unseal in its motion to unseal transcripts.  Accordingly, Mr. Gates respectfully requests the Court's permission to obtain the transcripts from January 16, 2018, and February 14, 2018, that are specified in the government's motion.  Mr. Gates makes this request in order to consider meaningfully whether to file objections, as specified in this Court's Order of March 5, 2018, so there is good cause shown to grant Mr. Gates' request.

For the foregoing reasons, and for the reasons specified in Mr. Gates' Unopposed Motion for Enlargement of Time to File Notice of Objections, Mr. Gates, through undersigned counsel, respectfully moves this Court to grant his motion to obtain certain transcripts.  A draft order is attached.

Respectfully submitted,


*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **RICHARD W. GATES III,** | **)** | **Crim. No. 17-201-2 (ABJ)** |
| | **)** | |
| **Defendant.** | **)** | |

### ORDER

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion to Obtain

Transcripts, and finding good cause shown, it is this ___ day of March, 2018, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE