UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | Criminal Docket No. 1:17-cr-201 (ABJ/DAR) |
| v. | Judge Amy Berman Jackson |
| Paul J. Manafort and Richard W. Gates III | Leave to file GRANTED |
| Defendants | Amy B. Jackson  3/22/18<br>United States District Judge  Date |

### Emergency Motion to Intervene filed on behalf of all Americans

Sent the attached email (via U.S. Mail to Special Counsel Robert Mueller and his staff of US Attorneys. I also sent it to Attorney Jeff Sessions and Deputy Attorney General Rod Rosenstein.

Do you really believe that Paul Manafort will be quiet and spend the rest of his life in jail? Per Judge Ellis.

Do you believe that President Trump will allow his children and son-in-law to go to jail?

Do you believe that President Trump will allow himself to be charged and go to jail?

You can't allow this theatrical production of "Sunarcissist Robert Mueller and the Genocide of Mankind" to play out any longer. You can't allow a criminal and corrupt prosecutor to represent the American People when the stakes are the "End of Mankind". If you let this go any further we will have Americans fighting Americans. We will have blood is the streets. Math and time will bring the truth to light. The longer you abrogate your responsibility the worse it will be.

The truth has to be told and Mueller has to go, today. I guarantee that Mueller will protect himself and not the American People. He will stop the investigation and the prosecutions.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com - dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 15th, 2018 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

## Sent to DOJ Attorneys: I will spend the rest of my life trying to put you in jail for the Genocide of Mankind and I will prevail because of time and math and the fact that it is true. Ignorance is no excuse in your job.

Sent: 🔒 **March 14, 2018 3:38 PM**

From: **David Andrew Christenson davidandrewchristenson@protonmail.com**

To: **specialcounselpress@usdoj.gov specialcounselpress@usdoj.gov, Foreign Process (RCJ) foreignprocess.rcj@hmcts.gsi.gov.uk, Supreme/Merit Supreme/Merit meritsbriefs@supremecourt.gov, jroberts@mlaglobal.com jroberts@mlaglobal.com, davidandrewchristenson@gmail.com davidandrewchristenson@gmail.com**

Judge A. Jackson,                                                                                   March 13th, 2018

DCDC Judges: A. Jackson, E. Sullivan, R. Moss and D. Friedrich

EVDC: Judge: T.S. Ellis III

5th Judges and Clerk: C. Stewart, P. Higginbotham and Clerk L. Cayce

EDLA: Judge G. Berrigan and Attorney Jane Roberts

This letter was mailed and emailed to the following US Attorneys that are working for Special Counsel Robert Mueller: Jeff Sessions, Rod J. Rosenstein, Michael Dreeben, Andrew Weissmann, Jeannie Rhee, James Quarles, Aaron Zebley, Greg Andres, Zainab Ahmad, Aaron Zelinsky, Kyle Freeny, Andrew Goldstein, Elizabeth Prelogar, Brandon Van Grack, Adam Jed, Rush Atkinson, Ryan K. Dickey, Aaron S. J. Zelinsky, Scott Meisler and Brian Richardson.

I start with words from your fellow Federal Judge: Kurt Engelhardt EDLA

Read the Horn Report (Much of the information in the Horn Report is still under Seal.)

(Why? The American People have a Constitutional Right to know the truth and the ramifications of what took place in New Orleans.)

https://www.justice.gov/opr/file/884691/download

DEPARTMENT OF JUSTICE

OFFICE OF

PROFESSIONAL RESPONSIBILITY

REPORT

Investigation of Allegations of Professional Misconduct

Against Former Assistant United States Attorneys Salvador

Perricone and Jan Mann, United States Attorney's Office

for the Eastern District of Louisiana

DECEMBER 20, 2013

NOTE: THIS REPORT CONTAINS INFORMATION FILED UNDER SEAL

IN UNITED STATES V. BOWEN, ET AL., CR. NO. 10-204 (E.D. LA.), AS

WELL AS SENSITIVE AND CONFIDENTIAL INFORMATION. DO NOT

DISTRIBUTE THE REPORT OR ITS CONTENTS WITHOUT THE PRIOR

APPROVAL OF THE OFFICE OF PROFESSIONAL RESPONSIBILITY.


Judge Kurt Engelhardt's Order and Reasons (129 pages) that granted a new trial in the Danziger Civil Rights Case

Case 2:10-cr-00204-KDE-SS Document 1137 Filed 09/17/13 Page 1 of 129 EDLA


The following are quotes from Chief Judge Kurt Engelhardt who presided over the Danziger criminal case. Danziger was the biggest Civil Rights case of the last 30 years. FBI Director Robert Mueller was an integral part of the criminal prosecution misconduct and coverup.


<u>"Using liars lying to convict liars is no way to pursue justice."</u>


The following quote could be from any of the judges that are presiding over the Special Prosecutor cases: **Lying prosecutors** using liars lying to convict liars is no way to pursue justice." The credibility of the Special Prosecutor has to be called into question because of past criminal conduct by Robert Mueller. The credibility of those attorneys and investigators that are working for the Special Prosecutor must be called into question as well. If they honor the oath that they took, they would demand that Mueller resign and be prosecuted.


*For example, he took aim at Assistant U.S. Attorney General Thomas Perez, head of the Justice Department's Civil Rights Division, writing that Perez <u>"glibly responded"</u> to some of Engelhardt's criticisms after the sentencing by saying <u>prosecutors can't pick witnesses at a "witness store."</u>*


*Chief Judge Kurt (EDLA) Engelhardt added in the footnote that the cooperating defendants were <u>"purchased, bought and paid for"</u> with more lenient sentences. <u>"Mr. Perez's comment misses the point,"</u> <u>Engelhardt concluded.</u>*

[Here is a very scary point about the world that you have created. Secretary Thomas Perez was 11th in line to be President when he was Secretary of Labor. Is this the world you want to leave your children and grandchildren? Perez is going to run for President. It will be said that President Thomas Perez has no use for the Federal Judiciary. His actions will confirm.]

*Engelhardt delivered an eviscerating critique of the Department of Justice's prosecution and the harsh charges it brought, resulting in high mandatory minimum sentences.*

## "the air of mendacity at this trial was not limited to the actions of the defendants."

Each one of the US attorneys is poisoned fruit from a poisoned tree. Special Counsel Robert Mueller should be prosecuted for Crimes Against Humanity, Genocide, Misprision of a Felony, Misprision of Treason, Murder, Conspiracy, etc. Mueller and his team should be turned over to the International Criminal Court in The Hague. (This will happen. The world will demand it.)

## This is the oath that US Attorneys swear to:

"I, name, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

### 18 U.S. Code § 4 - Misprision of felony

Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

(June 25, 1948, ch. 645, 62 Stat. 684; Pub. L. 103–322, title XXXIII, § 330016(1)(G), Sept. 13, 1994, 108 Stat. 2147.)

### 18 U.S. Code § 2382 - Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

Godspeed

Sincerely,

David Andrew Christenson

Box 9063

Miramar Beach, Florida 32550

504-715-3086

davidandrewchristenson@gmail.com

dchristenson6@hotmail.com