UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD W. GATES III,<br><br>Defendant. | Crim. No. 17-201-2 (ABJ) |

## JOINT STATUS REPORT

COMES NOW, the United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant through his counsel, and file this joint status report to provide the Court with the current status of this matter.

1. On February 23, 2018, the Court ordered the parties to file a status report by no later than May 14, 2018. Accordingly, the parties provide the following update: (1) the defendant continues to meet with the Special Counsel's Office as required by his Plea Agreement, and (2) the Court in the Eastern District of Virginia has scheduled a trial in *United States v. Manafort*, 1:18 Cr. 83 (TSE) to begin on July 10, 2018.

2. Accordingly, the parties respectfully request that they provide a joint status report within ninety days, no later than August 12, 2018. A proposed Order is attached.

                     Respectfully submitted,

                     ROBERT S. MUELLER, III
                     Special Counsel

| */s/ Thomas C. Green* | */s/ Andrew Weissmann* |
|---|---|
| Thomas C. Green (D.C. Bar No. 14498) | Andrew Weissmann |
| Sidley Austin LLP | Greg D. Andres (D.D.C. Bar No. 459221) |
| 1501 K Street, N.W. | U.S. Department of Justice |
| Washington, D.C. 20005 | Special Counsel's Office |
| tcgreen@sidley.com | 950 Pennsylvania Avenue NW |
| (202) 736-8069 (telephone) | Washington, D.C. 20530 |
| (202) 736-8711 (fax) | Telephone: (202) 616-0800 |
| *Attorney for Richard W. Gates III* | *Attorneys for the United States of America* |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RICHARD W. GATES III,**<br><br>Defendant. | **Crim. No. 17-201-2 (ABJ)** |

## ORDER

Upon consideration of the representations made in the May 8, 2018 Joint Status Report and for good cause shown, it is this _____ day of _____, 2018,

ORDERED that the parties file a joint status report by no later than August 12, 2018, stating whether the matter should be scheduled for sentencing or whether a deadline should be set for filing another joint status report.

IT IS SO ORDERED.

HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE