UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

Defendant, by and through counsel, respectfully moves this Court to grant him permission to travel. Mr. Gates asks the Court to grant him permission to travel to one event, specified in Exhibit 1, which will take place outside the jurisdiction of his release conditions. The Special Counsel does not oppose this motion.

If the Court grants the limited permission to travel to the event, Mr. Gates will promptly provide Pretrial Services with any specific information about the trip, including the information identified in Exhibit 1 of the sealed order.

WHEREFORE, Mr. Gates hereby respectfully moves this Court to grant him permission to travel according to the limits specified above and in Exhibit 1. A draft order is attached.

Respectfully submitted,

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

1

*Attorney for Richard W. Gates III*

## CERTIFICATE OF SERVICE

      Undersigned counsel hereby certifies that a copy of Defendant Richard W. Gates III's Unopposed Motion for Permission to Travel, including attachment, was transmitted electronically to counsel for the United States Department of Justice, Special Counsel's Office, on May 15, 2018.

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*