UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION TO FOR PERMISSION TO TRAVEL**

Defendant, by and through counsel, respectfully moves this Court to grant him permission to travel. Mr. Gates asks the Court to grant him permission to take a trip, specified in Exhibit 1, to a location outside the jurisdiction of his release conditions. The Special Counsel does not oppose this motion.

If the Court grants the limited permission to travel to the event, Mr. Gates will promptly provide Pretrial Services with any specific information about the trip, including the information identified in Exhibit 1 of the sealed order.

WHEREFORE, Mr. Gates hereby respectfully moves to grant him permission to travel according to the limits specified above and in Exhibit 1.

Respectfully submitted,

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

# ORDER

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion for Permission to Travel, and finding good cause shown, it is this ___ day of June, 2018, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE