**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **RICHARD W. GATES III,** ) | **Crim. No. 17-201-2 (ABJ)** |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion for Permission to Travel, and finding good cause shown, it is this ___ day of June, 2018, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE