# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD W. GATES III, | )    Crim. No. 17-201-2 (ABJ) |
| | ) |
| Defendant. | ) |

## DEFENDANT RICHARD W. GATES III'S RESPONSE TO THE COURT'S JUNE 21, 2018, MINUTE ORDER

Defendant, by and through counsel, responds to this Court's June 21, 2018, Minute Order. The government, after its initial review of defendant's motion which included Exhibit 1 requesting temporary suspension of GPS monitoring, informed defendant's counsel that it did not oppose the requested relief subject to any restrictions or conditions set by the Court or Pretrial Services. After our receipt of the Court's Minute Order, we asked the government to confirm their lack of objection. Having further considered the instant motion, the government has clarified that it has no objection to the requested travel, subject to any restrictions or conditions set by the Court or Pretrial Services, but does oppose Mr. Gates being temporarily relieved of GPS monitoring.

Respectfully submitted,

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*