UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE COURT'S JULY 5, 2018, MINUTE ORDER**

Richard W. Gates III, by and through counsel, respectfully requests an enlargement of time to respond to the Court's July 5, 2018, Minute Order.  Mr. Gates asks the Court to extend the time to file until five days after he has obtained the documents at issue, or other such time as the Court deems appropriate.  The Special Counsel does not oppose this motion.

On July 5, 2018, the Court ordered Mr. Gates to "inform the Court of his position on unsealing the following in United States v. Gates, 17-cr-201-2: (1) the transcript of the hearing held on January 22, 2018 [Dkt. # 251]; (2) the transcript of the hearing held on February 7, 2018 [Dkt. # 231]; (3) the sealed portions of the transcript of the hearing held on February 14, 2018 [Dkt. # 280]; and (4) the sealed document at Dkt. # 167."  Undersigned counsel for Mr. Gates was not counsel of record until February 22, 2018—which was after the hearings at issue occurred and after Dkt. # 167 was entered.  And, undersigned counsel does not have and has not reviewed these three transcripts in unreacted form, or Dkt. #167.

Accordingly, counsel requests this brief extension to provide time for Mr. Gates to obtain these documents in order to make an informed determination, based on a review of the documents, on his position on unsealing these documents.  There is good cause shown to grant Mr. Gates's requested enlargement of time to permit him to review these documents.  A

proposed order is enclosed.  Mr. Gates will file separately a motion requesting the documents identified in the Court's July 5, 2018, order.

For the foregoing reasons, Mr. Gates, through undersigned counsel, respectfully requests that he be granted an enlargement of time until five days after Mr. Gates is in receipt of the documents, or other such time as the Court deems appropriate, in order to provide time for him to review the documents and inform the Court of his position on unsealing them.

          Respectfully submitted,

          */s/Thomas C. Green*
          Thomas C. Green
          D.C. Bar No. 14498
          Sidley Austin LLP
          1501 K Street, N.W.
          Washington, DC 20005
          tcgreen@sidley.com
          (202) 736-8069 (telephone)
          (202) 736-8711 (fax)

          *Attorney for Richard W. Gates III*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD W. GATES III, ) | Crim. No. 17-201-2 (ABJ) |
| ) | |
| Defendant. ) | |

# ORDER

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion for Enlargement of Time to Respond to the Court's July 5, 2018, Minute Order, and finding good cause shown, it is this ___ day of July, 2018, hereby

ORDERED, that the motion is GRANTED; and it is

FURTHER ORDERED that Defendant shall file notice of his position on unsealing these documents no later than __ days after he is in receipt of these documents.

SO ORDERED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE