**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD W. GATES III, ) | Crim. No. 17-201-2 (ABJ) |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion for Enlargement of Time to Respond to the Court's July 5, 2018, Minute Order, and finding good cause shown, it is this ___ day of July, 2018, hereby

ORDERED, that the motion is GRANTED; and it is

FURTHER ORDERED that Defendant shall file notice of his position on unsealing these documents no later than __ days after he is in receipt of these documents.

SO ORDERED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE