UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD W. GATES III, ) | Crim. No. 17-201-2 (ABJ) |
| ) | |
| Defendant. ) | |

**DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION TO OBTAIN DOCUMENTS**

Richard W. Gates III, by and through counsel, respectfully requests this Court's approval to obtain certain documents. The Special Counsel does not oppose this motion.

On July 5, 2018, the Court ordered Mr. Gates to "inform the Court of his position on unsealing the following in United States v. Gates, 17-cr-201-2: (1) the transcript of the hearing held on January 22, 2018 [Dkt. # 251]; (2) the transcript of the hearing held on February 7, 2018 [Dkt. # 231]; (3) the sealed portions of the transcript of the hearing held on February 14, 2018 [Dkt. # 280]; and (4) the sealed document at Dkt. # 167." Undersigned counsel for Mr. Gates became counsel of record on February 22, 2018. He does not have and has not reviewed these three transcripts, or Dkt. #167. Although counsel for Mr. Gates previously obtained a copy of the transcript of the hearing held on February 14, 2018 [Dkt. # 280], the version that the reporter provided contained extensive redactions.

Accordingly, Mr. Gates respectfully requests the Court's permission to obtain the four documents listed above, in complete and unreacted form. Mr. Gates makes this request in order to be able to inform the Court of his position on unsealing these documents, as ordered by the Court in its July 5, 2018, Minute Order.

1

For the foregoing reasons, and for the reasons specified in Mr. Gates's Unopposed Motion for Enlargement of Time to Respond to the Court's July 5, 2018, Minute Order, Mr. Gates, through undersigned counsel, respectfully moves this Court to grant his motion to obtain certain documents. A draft order is attached.

        Respectfully submitted,

        */s/Thomas C. Green*
        Thomas C. Green
        D.C. Bar No. 14498
        Sidley Austin LLP
        1501 K Street, N.W.
        Washington, DC 20005
        tcgreen@sidley.com
        (202) 736-8069 (telephone)
        (202) 736-8711 (fax)

        *Attorney for Richard W. Gates III*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **RICHARD W. GATES III,** ) | Crim. No. 17-201-2 (ABJ) |
| ) | |
| **Defendant.** ) | |

# ORDER

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion to Obtain Documents, and finding good cause shown, it is this ___ day of July, 2018, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE