UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S AMENDED MOTION TO MODIFY THE COURT'S PREVIOUS ORDER GRANTING HIM PERMISSION TO TRAVEL**

Defendant, by and through counsel, respectfully moves this Court to modify its previously entered Order of June 28, 2018, granting him permission to travel. Mr. Gates asks the Court to grant him permission to travel according to an altered itinerary, as specified in Exhibit 1. Counsel for Mr. Gates reached out to the Special Counsel, but the position of the Special Counsel could not be ascertained given the short notice and need to timely file.

If the Court grants the limited permission to travel, Mr. Gates will promptly provide Pretrial Services with any specific information about the travel, including the information identified in Exhibit 1 of the sealed order. Mr. Gates will also continue to abide by all of his other release conditions, including reporting to Pretrial Services.

WHEREFORE, Mr. Gates hereby respectfully moves this Court to grant him permission to travel according to the limits specified above and in Exhibit 1.

Respectfully submitted,

/s/Thomas C. Green
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com

(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of Defendant Richard W. Gates III's Amended Motion to Modify the Court's Previous Order Granting Him Permission to Travel, and finding good cause shown, it is this ___ day of July, 2018, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE