**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | FILED UNDER SEAL |

**DEFENDANT RICHARD W. GATES III'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO HIS AMENDED MOTION TO MODIFY THE COURT'S PREVIOUS ORDER GRANTING HIM PERMISSION TO TRAVEL**

Richard W. Gates III, by and through counsel, hereby moves this Court for leave to file under seal Exhibit 1 to his Amended Motion to Modify the Court's Previous Order Granting Him Permission to Travel. Despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there are compelling reasons and good cause in this instance why Exhibit 1 should not be publicly disclosed. Exhibit 1 includes specific details about travel that Mr. Gates hopes to take. The proposed disclosure will sufficiently alert the public, but will not create unwarranted risk to Mr. Gates or his family regarding their location. The Court has noted on more than one occasion that this case is subject to substantial publicity and media coverage, and that the addresses of the events should be protected.

WHEREFORE, Mr. Gates hereby respectfully moves this Court for leave to file under seal Exhibit 1 to his Amended Motion to Modify the Court's Previous Order Granting Him Permission to Travel. A draft order is attached.

Respectfully submitted,

<div style="text-align: right;">

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*

</div>

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of Defendant Richard W. Gates III's Motion for Leave to File Under Seal Exhibit 1 to Amended Motion to Modify the Court's Previous Order Granting Him Permission to Travel, including attachments, was transmitted electronically to counsel for the United States Department of Justice, Special Counsel's Office, on July 10, 2018.

*/s/Thomas C. Green*

Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*