UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S RESPONSE TO THE COURT'S JULY 5, 2018, MINUTE ORDER, AS MODIFIED IN ITS JULY 10, 2018, MINUTE ORDER**

Defendant, by and through counsel, responds to this Court's July 5, 2018, Minute Order, as modified in its July 10, 2018, Minute Order. On the evening of July 31, 2018, counsel for defendant obtained the sealed transcripts from the February 7, 2018, and February 14, 2018, hearings. Counsel has reviewed these transcripts and the sealed document at Dkt. 167. Defendant has no objection to the unsealing of Dkt. 167.

For the most part, defendant does not object to the unsealing of the transcripts from the hearings on February 7, 2018, and February 14, 2018. However, defendant does object to unsealing the portions of those transcripts in which (1) counsel for defendant spoke about the content of conversations between counsel and defendant; (2) defendant spoke about the content of conversations between counsel and defendant; and (3) counsel spoke about the content of conversations among co-counsel for defendant. These conversations implicate attorney-client privilege and should remain under seal.

A list of the portions of the transcripts that should remain under seal for this reason follows.

February 7, 2018, Transcript

    6: 14–15

8: 3–8, 13–14; 18

9: 11–14; 20–22

10: 8; 12–13; 15–22; 25

11: 1–4; 6–10

12: 17–18

13: 7–15

15: 1–7; 9–16; 22–23; 25

16: 1–9

18: 5–9; 21; 25

19: 1–4; 14–15

20: 2–5; 9–10; 12–16

23: 13–16

24: 14–16

28: 21–23

30: 7–8; 23–25

31: 1

32: 3–4; 25

33: 1–7

34: 15–16

February 14, 2018, Transcript

14: 24–25

16: 1

52: 23–25

53: 1–3; 7–11; 14

55: 10–17

59: 9–17

                                            Respectfully submitted,

                                            */s/Thomas C. Green*
                                            Thomas C. Green
                                            D.C. Bar No. 14498
                                            Sidley Austin LLP
                                            1501 K Street, N.W.
                                            Washington, DC 20005
                                            tcgreen@sidley.com
                                            (202) 736-8069 (telephone)
                                            (202) 736-8711 (fax)

                                            *Attorney for Richard W. Gates III*