UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion for Permission to Travel, and finding good cause shown, it is this ___ day of September, 2018, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE