# EXHIBIT 1

FILED UNDER SEAL

Pipe | Gordon | Wells

PipeGordon.com
Serving the DC Baltimore area
443-315-8447

# Affidavit of Service

I, Sean Gordon, a sworn officer of the United States District Court and member of the Criminal Justice Act Panel affirm the following:

On, February 2nd, 2018, I was asked by attorney Shanlon Wu to deliver and serve a copy of a publicly filed motion, and a motion filed under seal with exhibit to Mr. Richard Gates III in Richmond, VA.

I traveled on same day to Mr. Gates home on ▇▇▇ in Richmond, VA. Upon arrival Mr. Gates wife, ▇▇▇ was outside the front of their property on the telephone. I pulled into the driveway and asked ▇▇▇ if I had the correct address as landscaping was being done around the property and I could not find the house number. ▇▇▇ informed me that I had the correct house number and I thanked her and told her I was there to deliver papers on behalf of Mr. Wu for Mr. Gates. ▇▇▇ said she would take the papers and said I could hand them to her through the car window, which I did. I thanked her for her assistance and drove out of the driveway while ▇▇▇ continued with her phone call.

This happened at 3:02 PM on February 2nd, 2018.

By signing below, I attest that the statement above is correct and accurate and if called to testify would state the same.

_____
Sean Gordon

2 / 3 / 18



# Your delivery is scheduled for tomorrow, 02/06 by 10:30 am

See "Preparing for Delivery" for helpful tips

Tracking # 771406593583

| | | |
|---|---|---|
| **Ship date:**<br>Mon, 2/5/2018<br>**Christopher Carusone**<br>Doar Rieck Kaley & Mack<br>New York, NY 10007<br>US | <br>Picked up | **Scheduled delivery:**<br>Tue, 2/6/2018 by 10:30 am<br>**Richard Gates**<br><br><br>US |

## Shipment Facts

Our records indicate that the following package is scheduled to be delivered to you:

| | |
|---|---|
| Tracking number: | 771406593583 |
| Status: | Picked up |
| Reference: | 3136 |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

| Standard transit: | 2/6/2018 by 10:30 am |
|---|---|

## Preparing for Delivery

To help ensure successful delivery of your shipment, please review the below.

### Won't be in?

You may be able to hold your delivery at a convenient FedEx World Service Center or FedEx Office location for pick up. Track your shipment to determine Hold at FedEx location availability.

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:24 PM CST on 02/05/2018.

All weights are estimated.

The shipment is scheduled for delivery on or before the scheduled delivery displayed above. FedEx does not determine money-back guarantee or delay claim requests based on the scheduled delivery. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx customer support representative.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2018 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

From: DCD_ECFNotice@dcd.uscourts.gov
Sent: Friday, February 2, 2018 1:39:20 PM (UTC-05:00) Eastern Time (US & Canada)
To: DCD_ECFNotice@dcd.uscourts.gov
Subject: Activity in Case 1:17-cr-00201-ABJ USA v. MANAFORT et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 2/2/2018 at 1:39 PM EDT and filed on 2/2/2018
**Case Name:**        USA v. MANAFORT et al
**Case Number:**      1:17-cr-00201-ABJ
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER as to RICHARD W. GATES, III (2). A Hearing on [161] the Motion for Leave to Withdraw as Counsel of Record for Defendant Gates is scheduled for Wednesday, February 7, 2018, at 10:30 AM in Courtroom 3 before Judge Amy Berman Jackson. The hearing will be sealed in order to preserve the privilege that attaches to attorney-client communications. SO ORDERED. By Judge Amy Berman Jackson on 2/2/2018. (jth)**

**1:17-cr-00201-ABJ-2 Notice has been electronically mailed to:**

Thomas Edward Zehnle    tezehnle@gmail.com

Shanlon Wu    swu@dcwhitecollar.com, awalkowiak@dcwhitecollar.com

Andrew Weissmann    aaw@usdoj.gov

Kyle Renee Freeny	krf@usdoj.gov, acj@usdoj.gov, ees@usdoj.gov, lmm@usdoj.gov

Kevin M. Downing	kevindowning@kdowninglaw.com

Greg Donald Andres	gda@usdoj.gov, sacm@usdoj.gov

Walter Mack	wmack@doarlaw.com

**1:17-cr-00201-ABJ-2 Notice will be delivered by other means to::**

Annemarie McAvoy
McAVOY CONSULTING, LLC
161-16 84th Drive
Jamaica, NY 11432