UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION TO OBTAIN A DOCUMENT**

Richard W. Gates III, by and through counsel, respectfully requests this Court's approval to obtain a certain document. The Special Counsel does not oppose this motion.

On October 2, 2018, the Court ordered "counsel for defendant Gates [to] notify the Court by October 9, 2018 if defendant has any objection to unsealing the exhibit attached to Dkt. 166 in United States v. Manafort, 17-cr-201." Because Mr. Gates's former counsel filed this document under seal, undersigned counsel does not have access to this document. Undersigned counsel thus respectfully requests the Court's permission to obtain the Exhibit 2 to Dkt. 166 in complete and unreacted form, so that counsel can inform the Court of Mr. Gates's position on unsealing this document. A draft order is attached.

Respectfully submitted,

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **RICHARD W. GATES III,** | )   Crim. No. 17-201-2 (ABJ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion to Obtain a Document and finding good cause shown, it is this ___ day of October, 2018, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE