UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD W. GATES III, | ) | Crim. No. 17-201-2 (ABJ) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RICHARD W. GATES III'S RESPONSE TO THE COURT'S OCTOBER 2, 2018, MINUTE ORDER**

Defendant, by and through counsel, responds to this Court's October 2, 2018, Minute Order in which the Court ordered "counsel for defendant Gates [to] notify the Court by October 9, 2018 if defendant has any objection to unsealing the exhibit attached to Dkt. 166 in United States v. Manafort, 17-cr-201." Defendant hereby informs the Court that he does not object to the unsealing of the sealed exhibit attached to Dkt. 166 in United States v. Manafort, 17-cr-201.

Respectfully submitted,

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*