**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  <br><br>v.  <br><br>**PAUL J. MANAFORT, JR., et al.,**  <br><br>**Defendants.** | **Crim. No. 17-201 (ABJ)** |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Kyle R. Freeny as counsel for the Government in the above-captioned matter.

                                              Respectfully submitted,

                                              ROBERT S. MUELLER, III
                                              Special Counsel

Dated: October 17, 2018          By:    /s/ Kyle R. Freeny
                                              U.S. Department of Justice
                                              Special Counsel's Office
                                              950 Pennsylvania Avenue N.W.
                                              Washington, D.C. 20530
                                              Telephone: (202) 616-0800

                                              *Attorney for the United States of America*