# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. No. 17-201-2 (ABJ)** |
| **RICHARD W. GATES III,** | |
| **Defendant.** | |

## JOINT STATUS REPORT

COMES NOW, the United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant through his counsel, and file this joint status report to update the Court on this matter.

1. The parties previously filed a Joint Status Report on January 15, 2019 and proposed to send an ensuing report within sixty days and no later than March 15, 2019. To date, the status of this matter has not changed substantially since the January report, as defendant Gates continues to cooperate with respect to several ongoing investigations, and accordingly the parties do not believe it is appropriate to commence the sentencing process at this time.

2. The parties respectfully request that they provide a joint status report within sixty days, no later than May 14, 2019.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

*/s/ Thomas C. Green*

Thomas C. Green (D.C. Bar No. 14498)
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)
*Attorney for Richard W. Gates III*

*/s/ Andrew Weissmann*

Andrew Weissmann
Greg D. Andres (D.D.C. Bar No. 459221)
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800
*Attorneys for the United States of America*