# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD W. GATES, III,<br><br>**Defendant.** | CRIMINAL NO. 17-CR-00201-2 (ABJ) |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Fernando Campoamor-Sánchez is entering his appearance in this matter on behalf of the United States.

                                           Respectfully submitted,

                                           JESSIE K. LIU
                                           United States Attorney
                                           D.C. Bar No. 472845

By:       /s/
                                   FERNANDO CAMPOAMOR-SÁNCHEZ
                                   Assistant United States Attorney
                                   D.C. Bar No. 451210
                                   United States Attorney's Office
                                   555 4th Street NW, 11th Floor
                                   Washington, D.C. 20530
                                   Telephone: 202-252-7690
                                   Fernando.Campoamor-Sanchez@usdoj.gov