UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD W. GATES, III,<br><br>Defendant. | CRIMINAL NO. 17-CR-00201-2 (ABJ) |

NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Molly Gaston is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By:       /s/
MOLLY GASTON
Assistant United States Attorney
VA Bar No. 78506
United States Attorney's Office
555 4th Street NW, 5th Floor
Washington, D.C. 20530
202-252-7803
Molly.Gaston@usdoj.gov