**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | **Crim. No. 17-201-2 (ABJ)** |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

Defendant, by and through counsel, respectfully moves this Court to grant him permission to travel.  Mr. Gates asks the Court to grant him permission to travel to participate in a ministry and fellowship retreat to which he was invited, specified in Exhibit 1, which will take place outside the jurisdiction of his release conditions.  The United States Attorney's Office for the District of Columbia has authorized the undersigned to represent that it does not oppose this motion.

If the Court grants the limited permission to travel for the trip, Mr. Gates will promptly provide Pretrial Services with any specific information about the trip, including the information identified in Exhibit 1 of the sealed order.

WHEREFORE, Mr. Gates hereby respectfully moves to grant him permission to travel according to the limits specified above and in Exhibit 1.

Respectfully submitted,

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.

1

Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RICHARD W. GATES III,** | ) | **Crim. No. 17-201-2 (ABJ)** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of Defendant Richard W. Gates III's Unopposed Motion for

Permission to Travel, and finding good cause shown, it is this ___ day of April, 2019, hereby

ORDERED, that the motion is GRANTED.

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE