UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RICHARD W. GATES III,**<br><br>**Defendant.** | Crim. No. 17-201-2 (ABJ) |

## JOINT STATUS REPORT

COMES NOW, the United States of America, by and through the United States Attorney for the District of Columbia, and the defendant through his counsel, and file this joint status report to provide the Court with the status of this matter.

1.	The parties previously filed a Joint Status Report on March 15, 2019, and proposed to send an ensuing report within sixty days and no later than May 14, 2019.  To date: (1) defendant Gates continues to cooperate with the government as required by his Plea Agreement, and (2) this Court has scheduled a trial in *United States v. Craig*, 19-CR-125 (ABJ), to begin on August 12, 2019, and another trial, *United States v. Stone*, 19-CR-18 (ABJ), to begin November 5, 2019.  As a result, the parties do not believe that a sentencing date should be set at this time.

2.	Accordingly, the parties respectfully request that they provide a joint status report no later than August 30, 2019. A proposed Order is attached.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

| | |
|---|---|
| */s/ Thomas C. Green* | */s/ Fernando Campoamor-Sánchez* |
| Thomas C. Green (D.C. Bar No. 14498) | Fernando Campoamor Sánchez (DC 451210) |
| Sidley Austin LLP | Molly Gaston (VA 78506) |
| 1501 K Street, N.W. | United States Attorney's Office for D.C. |
| Washington, D.C. 20005 | 555 4th Street NW |
| tcgreen@sidley.com | Washington, D.C. 20530 |
| (202) 736-8069 (telephone) | Telephone: (202) 252-7698 |
| *Attorney for Richard W. Gates III* | *Attorneys for the United States of America* |