# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RICHARD W. GATES III,**<br><br>**Defendant.** | **Crim. No. 17-201-2 (ABJ)** |

## ORDER

Upon consideration of the representations made in the May 14, 2019 Joint Status Report and for good cause shown, it is this _____ day of _____, 2019,

ORDERED that the parties file a joint status report by no later than August 30, 2019, stating whether the matter should be scheduled for sentencing or whether a deadline should be set for filing another joint status report.

IT IS SO ORDERED.

 

HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE