# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | Crim. Action No. 17-0201-02 (ABJ) |
| RICHARD W. GATES III, ) | |
| Defendant. ) | |

## ORDER

On June 26, 2019, defendant Richard W. Gates III filed a motion to modify his conditions of release, requesting the return of his wife's passport and to reduce the frequency of his in-person reporting requirement with U.S. Pretrial Services Office in Richmond, Virginia from once a week to once a month. Def.'s Unopposed Mot. to Modify Conditions of Release [Dkt. # 611 Sealed]. Upon review of defendant's motion and the reasons set forth in it, the government's lack of opposition to the motion, and defendant's record of ongoing cooperation and compliance with this Court's orders, defendant's motion is hereby GRANTED.

It is ORDERED that the passport of the defendant's wife shall be returned to her. It is FURTHER ORDERED that defendant shall report to Pretrial Services once a month. Defendant must continue to reside at his current address, submit to monthly visits of his home by Pretrial Services, and call Pretrial Services once a week from his home telephone landline. SO ORDERED.

*Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: June 27, 2019