UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RICHARD W. GATES III,**<br><br>**Defendant.** | Crim. No. 17-201-2 (ABJ) |

## JOINT STATUS REPORT

COMES NOW, the United States of America, by and through the United States Attorney for the District of Columbia, and the defendant through his counsel, and file this joint status report to provide the Court with the status of this matter.

1. The parties previously filed a Joint Status Report on May 14, 2019.[1] To date, defendant Gates continues to cooperate with the government as required by his Plea Agreement, including through testimony in *United States v. Craig*, 19-CR-125 (ABJ), on August 22, 2019. Another trial, *United States v. Stone*, 19-CR-18 (ABJ), is set to begin November 5, 2019. In the interim, at the parties' request, the Court ordered the Probation Office to prepare a Presentence Investigation Report and file it by November 15, 2019. *See* Minute Order of 8/2/2019.

2. Accordingly, the parties respectfully request that they provide a joint status report no later than November 11, 2019. A proposed Order is attached.

                                              Respectfully submitted,

                                              JESSIE K. LIU
                                              UNITED STATES ATTORNEY

                                              */s/ Fernando Campoamor-Sánchez*
                                              Fernando Campoamor Sánchez (DC 451210)
                                              Molly Gaston (VA 78506)
                                              United States Attorney's Office for D.C.

---

[1] The government intended to file this joint status report on August 30, 2019, and regrets any inconvenience we may have caused the Court by failing to do so.

555 4th Street NW
Washington, D.C. 20530
Telephone: (202) 252-7698
*Attorneys for the United States of America*

*/s/ Thomas C. Green*

Thomas C. Green (D.C. Bar No. 14498)
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
*Attorney for Richard W. Gates III*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RICHARD W. GATES III,**<br><br>**Defendant.** | **Crim. No. 17-201-2 (ABJ)** |

## **ORDER**

Upon consideration of the representations made in the September 2, 2019 Joint Status Report and for good cause shown, it is this _____ day of _____, 2019,

ORDERED that the parties file a joint status report by no later than November 11, 2019, stating whether the matter should be scheduled for sentencing or whether a deadline should be set for filing another joint status report.

IT IS SO ORDERED.

 

HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE