**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **RICHARD W. GATES III,** <br><br> **Defendant.** | **Crim. No. 17-201-2 (ABJ)** |

**JOINT NOTICE IN RESPONSE TO THE COURT'S MINUTE ORDER OF 9/5/2019**

COMES NOW, the United States of America, by and through the United States Attorney for the District of Columbia, and the defendant through his counsel, and file this joint notice in response to the Court's Minute Order of September 5, 2019. The parties agree that it would be appropriate to modify defendant Richard Gates's conditions of release to permit him to travel within the United States by seeking advance permission of the Pretrial Services Agency, without seeking the Court's permission. In addition, counsel for the government has determined that the Pretrial Services Agency is amenable to such a modification to the defendant's conditions of release. Accordingly, a proposed Order is attached.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

_____/s/_____
Molly Gaston (VA 78506)
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20530
Telephone: (202) 252-7803
*Attorney for the United States of America*

_____/s/_____
Thomas C. Green (D.C. Bar No. 14498)
Sidley Austin LLP
1501 K Street, N.W.

Washington, D.C. 20005
tcgreen@sidley.com
Telephone:  (202) 736-8069
*Attorney for Richard W. Gates III*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **RICHARD W. GATES III,** | **Crim. No. 17-201-2 (ABJ)** |
| **Defendant.** | |

**[PROPOSED]**
**ORDER**

Upon consideration of the parties' Joint Notice, and for good cause shown, it is hereby

**ORDERED** that defendant Richard Gates may now travel within the United States after

seeking and receiving advance permission of the Pretrial Services Agency, and need no longer

seek the Court's advance permission for domestic travel.


DATED:_____          _____
                                The Honorable Amy Berman Jackson
                                United States District Judge