# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. Action No. 17-0201-02 (ABJ) |
| RICHARD W. GATES III, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of defendant Richard W. Gates III's record of ongoing cooperation with the government and compliance with the Court's orders and travel conditions to date, and in light of the parties' Joint Notice [625], it is ORDERED that defendant may now travel within the United States after seeking and receiving advance permission of the Pretrial Services Agency, and need no longer seek the Court's advance permission for domestic travel. Defendant must provide the Pretrial Services Agency his itinerary at least two days before he travels, and he must contact the agency within two business days of his return.

SO ORDERED.

*Amy B Jackson*

AMY BERMAN JACKSON
United States District Judge

DATE: September 23, 2019