UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD W. GATES III,<br><br>Defendant. | Crim. No. 17-201-2 (ABJ) |

## JOINT STATUS REPORT

COMES NOW, the United States of America, by and through the United States Attorney for the District of Columbia, and the defendant through his counsel, and file this joint report to provide the Court with the status of this matter.

1. The parties previously filed a Joint Status Report on September 2, 2019. To date, defendant Gates continues to cooperate with the government as required by his Plea Agreement. He testified in *United States v. Craig*, 19-CR-125 (ABJ), on August 22, 2019, and is expected to testify in *United States v. Stone*, 19-CR-18 (ABJ), during the week of November 11, 2019. The defendant's final Presentence Investigation Report will be filed by November 15, 2019.

2. Accordingly, the parties respectfully request that the Court schedule the defendant's sentencing for a time and date convenient to the Court in mid-December 2019.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

*/s/ Molly Gaston*
Molly Gaston (VA 78506)
United States Attorney's Office for D.C.
555 4th Street NW
Washington, D.C. 20530
(202) 252-7803
*Attorney for the United States of America*

*/s/ Thomas C. Green*
Thomas C. Green (D.C. Bar No. 14498)
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
tcgreen@sidley.com
(202) 736-8069
*Attorney for Richard W. Gates III*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RICHARD W. GATES III,**<br><br>**Defendant.** | **Crim. No. 17-201-2 (ABJ)** |

## **ORDER**

Upon consideration of the representations made in the November 11, 2019 Joint Status Report and for good cause shown, it is this _____ day of _____, 2019,

ORDERED that the defendant's sentencing is scheduled for December _____, 2019, at _____.

IT IS SO ORDERED.

                                                HON. AMY BERMAN JACKSON
                                                UNITED STATES DISTRICT JUDGE