# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RICHARD W. GATES III,**<br><br>**Defendant.** | Crim. No. 17-201-2 (ABJ) |

## GOVERNMENT'S CONSENT MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO FILE UNDER SEAL

COMES NOW, the United States of America, by and through the United States Attorney for the District of Columbia, and files this consent motion to respectfully request that the Court grant the government a one-day extension of time to file its Motion for a Downward Departure and Memorandum in Aid of Sentencing, and for leave to file under seal a supplemental motion related to Mr. Gates' sentencing.

1. On February 28, 2018, the defendant, Richard W. Gates III, pled guilty pursuant to a cooperation plea agreement. Since that time, he has cooperated extensively with several different offices within the Department of Justice.

2. By minute order on November 15, 2019, the Court set Mr. Gates' sentencing for December 17, 2019, and made Sentencing Memoranda due December 9, 2019.

3. The government is continuing to gather materials for the Government's Motion for a Downward Departure and Memorandum in Aid of Sentencing, and with the Court's leave, also plans to file under seal a supplemental motion regarding Mr. Gates' assistance that contains sensitive information related to ongoing criminal matters.

4. The government respectfully requests a one-day extension of time to file its Motion for a Downward Departure and Memorandum in Aid of Sentencing, and also moves this Court for leave to file under seal its supplemental motion. Mr. Gates consents to the government's requests.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

_____/s/_____
Molly Gaston (VA 78506)
United States Attorney's Office for D.C.
555 4th Street NW
Washington, D.C. 20530
Telephone: (202) 252-7803
*Attorney for the United States of America*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RICHARD W. GATES III,**<br><br>**Defendant.** | **Crim. No. 17-201-2 (ABJ)** |

# [PROPOSED] ORDER

Upon consideration of the government's Consent Motion for Extension of Time and For Leave to File Under Seal, and for good cause shown, it is hereby

**ORDERED** that the government must file its sentencing memorandum by December 10, 2019, and

**ORDERED** that the government may file under seal its supplemental motion.

DATED:_____

_____
The Honorable Amy Berman Jackson
United States District Judge