**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **RICHARD W. GATES III,** ) | **Crim. No. 17-201-2 (ABJ)** |
| ) | |
| **Defendant.** ) | **FILED UNDER SEAL** |

**DEFENDANT RICHARD W. GATES III'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL AN EXHIBIT TO HIS SENTENCING MEMORANDUM**

Richard W. Gates III, by and through counsel, hereby moves this Court for leave to file under seal a letter as Exhibit J to his sentencing memorandum filed on December 9, 2019. Despite the general policy that public access to judicial proceedings and judicial records is important to the proper functioning of our justice system, there are compelling reasons and good cause in this instance why the letter should not be publicly disclosed. The letter, which has been filed as an exhibit to this motion, is from a medical professional and contains Mr. Gates's personal health information. The Court has noted on more than one occasion that this case is subject to substantial publicity and media coverage. The proposed disclosure will sufficiently alert the public that Mr. Gates has filed an exhibit to his sentencing memorandum, without providing unnecessary details regarding his medical records. The government consents to the relief requested in this motion.

WHEREFORE, Mr. Gates respectfully moves for leave to file under seal the attached letter as Exhibit J to his sentencing memorandum. A draft order is attached.

Respectfully submitted,

*/s/Thomas C. Green*
Thomas C. Green
D.C. Bar No. 14498
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
tcgreen@sidley.com
(202) 736-8069 (telephone)
(202) 736-8711 (fax)

*Attorney for Richard W. Gates III*